Mr. Tony Dixon
9541 103rd Street Apt 404
Jacksonville, Florida 32210

Honorable Judge Timothy J. Corrigan
United States District Court
Middle District of Florida
Jacksonville Division

Dear Judge Corrigan,

On November 7, 2016 you ordered me 36 months of probation and for me to complete the MRT class, and at the end of the 12 months you would evaluate and possibly terminate my probation. Since then, I have completed everything that you ordered me to do and it's been 16 months now and I have maintained a steady job, and have also maintained the same resident.

I attend church and pre-marriage counseling, and my probation officer have had nothing but good and positive things to say about me and the way that I have transitioned back into society. I'm really focused on making a better life for me and my family, so with all that being said your Honor, may I please have complete freedom so that I may continue to live my life and enjoy my family without restrictions.

Sincerely,

*Tony Dixon*

Tony Dixon